Elizabeth B. NAMMACK, Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 765, Docket 72–1070.

United States Court of Appeals,
Second Circuit.

Argued May 22, 1972.

Decided May 23, 1972.

J. Barclay Collins, New York City (Richard J. Hiegel, Peter C. Cannellos, Jonathan D. Dubois, New York City, on the brief), for appellant.

Dennis M. Donohue, Atty., Tax Division, Department of Justice, Washington, D. C. (Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks and William L. Goldman, Attys., Washington, D. C., on the brief), for appellee.

Before FEINBERG, MULLIGAN and TIMBERS, Circuit Judges.

PER CURIAM:

The judgment of the Tax Court is affirmed on the opinion of Judge Raum, 56 T.C. 1379 (1971).

Aaron KATZ, on behalf of himself and all other persons similarly situated, Plaintiff-Appellant,

v.

Nolan C. ASPINWELL et al., Defendants-Appellees.

No. 71–3221.

United States Court of Appeals,
Fifth Circuit.

May 22, 1972.

Robert S. Vance, Birmingham, Ala., Kramer & Labaton, Sidney Kramer, New York City, for plaintiff-appellant; Callaway & Vance, Birmingham, Ala., Joseph Sternberg, New York City, of counsel.

Winston B. McCall, S. P. Keith, Jr., Wm. G. West, Jr., George R. Reynolds, Gilbert E. Johnston, Roderick M. Macleod, Jr., Birmingham, Ala., for defendants-appellees; Pritchard, McCall & Jones, Birmingham, Ala., of counsel.

Before GEWIN, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

After oral argument, the judgment of the District Court in this case is affirmed upon the written opinion of the District Judge, Katz v. Aspinwell, 342 F.Supp. 286 (N.D., Ala., 1971).

Affirmed.